order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge WILSON taking no part.

ANTHONY TRIMBLE, SR., Appellant, et al., Claimant, v STATE OF NEW YORK, Respondent.

Submitted December 19, 2016; decided February 14, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

Judge WILSON taking no part.

(February 1, 2017 through February 28, 2017)

| People v Ackerman | 3d Dept: 141 AD3d 948 (Albany) | denied 2/23/17 (DiFiore, Ch. J.) |
|---|---|---|
| People v Ahrens (Larry) | 3d Dept: 145 AD3d 1322 (Schenectady) | denied 2/15/17 (Garcia, J.) |
| People v Ahrens (Lawrence) | 3d Dept: 145 AD3d 1322 (Schenectady) | denied 2/15/17 (Garcia, J.) |
| People v Alexis | 1st Dept: 144 AD3d 584 (NY) | denied 2/21/17 (Garcia, J.) |
| People v Alphonso | 2d Dept: 144 AD3d 1168 (Kings) | denied 2/21/17 (Garcia, J.) |
| People v Anderson (Darryl) | 4th Dept: 144 AD3d 1657 (Erie) | denied 2/21/17 (Garcia, J.) |
| People v Anderson (Jon) | 4th Dept: 144 AD3d 1614 (Erie) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Atkinson | App Div, 3d Dept: 2016 NY Slip Op 89825(U) (Tompkins) | denied 2/16/17 (Rivera, J.) |
| People v Ayala | App Div, 2d Dept: 2016 NY Slip Op 86567(U) (Kings) | denied reconsideration 2/16/17 (Rivera, J.) |
| People v Bailey | 2d Dept: 142 AD3d 1096 (Kings) | denied 2/24/17 (Rivera, J.) |
| People v Baker | 2d Dept: 139 AD3d 1078 (Westchester) | denied reconsideration 2/24/17 (Rivera, J.) |